**FILED**

A CERTIFIED TRUE COPY

SEP 2 5 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 2 5 2007

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 7 2007

FILED
CLERK'S OFFICE

## UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1715   07C - 5584

### IN RE Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

#### (SEE ATTACHED SCHEDULE)   07C5584

### CONDITIONAL TRANSFER ORDER (CTO-28)   1:07-587 ALS

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 254 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP 2 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ A. BAUGARD
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: OCTOBER 5, 2007

## SCHEDULE CTO-28 - TAG-ALONG ACTIONS
## MDL NO. 1715
### IN RE Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA SOUTHERN
| ALS | 1 | 07-541 | Dorothy Roberson v. Ameriquest Mortgage Co., et al. |
| ALS | 1 | 07-576 | Cedric Anthony, et al. v. Ameriquest Mortgage Co. |
| ALS | 1 | 07-577 | Eddie German, et al. v. Ameriquest Mortgage Co. |
| ALS | 1 | 07-578 | Chonita Means, et al. v. Ameriquest Mortgage Co. |
| ALS | 1 | 07-587 | Frederick Hunter, et al. v. Ameriquest Mortgage Co. |
| ALS | 1 | 07-597 | Louis Brown, et al. v. Ameriquest Mortgage Co. |

07cv5584